IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GARCIA A. MILTON JR.,      *
           *
     Plaintiff,       *
           *      CV 423-161
         v.        *
           *
SPIDA USA, LLC and SQUARE 1    *
DESIGN & MANUFACTURE, INC.,    *
           *
     Defendants.      *

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 20.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this _18th_ day of December, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA